# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MAVERICK RECORDING COMPANY, et al.,** | ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV473 |
| v. | ) ) | **ORDER TO SHOW CAUSE** |
| **KELLY CANO,** | ) ) | |
| Defendant. | ) ) ) | |

    This case is before the magistrate judge for full pretrial supervision. The court file shows that, on August 30, 2006, counsel for the parties were sent scheduling materials and were directed to file a Rule 26(f) planning report by October 3, 2006. As of November 2, 2006, no planning report has been filed and no party has requested a continuance of the Rule 26(f) reporting deadline.

    **IT THEREFORE IS ORDERED** that the parties shall file their Rule 26(f) planning report on or before **November 10, 2006**, or show cause by written affidavit why they cannot comply with the court's deadline.

    **DATED November 2, 2006.**

                            **BY THE COURT:**

                            **s/ F.A. Gossett**
                            **United States Magistrate Judge**