IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAVERICK RECORDING COMPANY et al., <br><br> Plaintiff, <br><br> vs. <br><br> KELLY CANO, <br><br> Defendant. | Case No. 8:06cv473 <br><br> **ORDER** |

Upon notice of settlement given to the magistrate judge by Patrick Fanning of Lathrop & Gage, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **March 23, 2007,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for February 22, 2007, is cancelled upon the representation that this case is settled.

Dated this 22ND day of February 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge